**DISMISS and Opinion Filed May 10, 2022**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00044-CV

**SUSAN KESSLER-MUSE A/K/A SUSAN MUSE, Appellant**
**V.**
**COLONIAL SAVINGS, F.A., Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-03815-2018**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

Before the Court is appellant's motion to dismiss the appeal because she no longer wishes to pursue it. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

220044F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

SUSAN KESSLER-MUSE A/K/A
SUSAN MUSE, Appellant

No. 05-22-00044-CV       V.

COLONIAL SAVINGS, F.A.,
Appellee

On Appeal from the 219th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 219-03815-
2018.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Smith
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee COLONIAL SAVINGS, F.A. recover its costs of this appeal from appellant SUSAN KESSLER-MUSE A/K/A SUSAN MUSE.

Judgment entered May 10, 2022